IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-cr-0074** |
| | ) | |
| **JERRON PEMBERTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on March 11, 2026, ECF No. 66, recommending that the Defendant's plea of guilty to Count One of the Amended Information, Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C § 841(a)(1) and (b)(1)(D), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 66, is **ADOPTED;** it is further

**ORDERED** that Defendant Jerron Pemberton's plea of guilty as to Count One of the Amended Information is **ACCEPTED**, and that Jerron Pemberton is adjudged **GUILTY** on this count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than May 5, 2026;** it is further

*United States v. Pemberton*
Case No. 3:25-cr-0074
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than May 22, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than June 8, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later than June 25, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **July 9, 2026, at 9:00 A.M.** in St. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** March 26, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**